IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DADAMIO | : | CIVIL ACTION |
| v. | : | |
| SOVEREIGN BANK | : | NO. 02-4333 |

**O R D E R**

AND NOW, this 2nd day of August, 2002, it is Ordered that the Rule 16 Conference, by telephone, scheduled on August 22, 2002 is RESCHEDULED to September 3, 2002 at 4:30 p.m. Plaintiff's counsel shall initiate the telephone call. Judge McLaughlin's chambers telephone number is 267-299-7600.

ATTEST:                                           or   BY THE COURT

BY:_____              _____
    Carol D. James, Deputy Clerk                    MARY A. McLAUGHLIN,   J.

MAILED FROM CHAMBERS 8/2/02:
   Barry W. Sawtelle, Esq.
   James E. Gavin, Esq.

Civ 12 (9/83)