IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE DADAMIO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4333 |
| SOVEREIGN BANK | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on November 21, 2002. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone:267-299-7072

Date: September 5, 2002

Copies:   Carol James, Courtroom Deputy to Judge McLaughlin
Docket Clerk - Case File

   Counsel:   Barry W. Sawtelle, Esq.
James E. Gavin, Esq.

ARB2.FRM