IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE DADAMIO, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| SOVEREIGN BANK, | : | |
| Defendant | : | NO. 02-4333 |

O R D E R

And now this ____ day of September, 2002, after a telephone conference with the parties on September 3, 2002, and upon consideration of counsel's joint request that this case be listed on the arbitration track, it is hereby Ordered that the Clerk's Office shall remove this case from the standard case management track to the arbitration track, and that an arbitration date be scheduled at the earliest possible convenience of the parties and the arbitration panel.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.